IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LAST SWING EVENTS, LLC,<br>Plaintiff,<br>v.<br><br>THE CITY OF BROKEN BOW, OKLAHOMA, and<br>DIAMOND DYNASTY, LLC (d/b/a 2D SPORTS),<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-194-GLJ |

VERIFIED COMPLAINT

Plaintiff Last Swing Events, LLC ("Plaintiff"), by and through its undersigned counsel, for its Verified Complaint against Defendants The City of Broken Bow, Oklahoma ("the City") and Diamond Dynasty, LLC ("2D Sports") (collectively, "Defendants"), alleges and states as follows:

## I. NATURE OF THE ACTION

1. This is a civil action for breach of contract, tortious interference with a contractual relationship, and fraudulent inducement arising out of an operative, exclusive contract between Plaintiff and the City of Broken Bow for the hosting and operation of baseball and softball tournaments.

2. While Plaintiff held an exclusive, multi-year right to utilize the City's athletic facilities running through August 1, 2027, Defendant 2D Sports intentionally interfered with that contractual relationship and, alongside the City, fraudulently induced Plaintiff via deceptive, high-pressure electronic means to execute a substitute agreement on August 5, 2025, which purported to strip Plaintiff of its primary rights, its exclusivity, and its right of first refusal.

3. Plaintiff brings this action to declare the fraudulent 2025 contract void, restore the enforceability of its original contract, and recover substantial expectation damages.

## II. PARTIES, JURISDICTION, AND VENUE

4. Plaintiff Last Swing Events, LLC is a Texas limited liability company with its principal place of business located at 236 Cass Cr, Flint, Smith County, Texas 75762. Its sole member and owner is Michael Holochuck, a citizen and resident of the State of Texas.

5. Defendant City of Broken Bow is a local municipal governmental entity located within McCurtain County, State of Oklahoma.

6. Defendant Diamond Dynasty, LLC (d/b/a 2D Sports) is a Louisiana limited liability company with its principal place of business in the State of Louisiana.

7. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 (Diversity of Citizenship). Complete diversity exists between the Plaintiff (Texas) and both Defendants (Oklahoma and Louisiana). The amount in controversy exceeds $75,000, exclusive of interest and costs, based on the pro rata estimated tournament profit protections explicitly outlined in the operative contract.

8. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because the City is located in this judicial district, and a substantial part of the events, omissions, and property giving rise to the claims are situated at the Broken Bow Youth Athletic Baseball and Softball Complex within this district.

## III. STATEMENT OF FACTS

### A. The Operative 2024 Exclusive Agreement

9. On January 22, 2024, Plaintiff and the City entered into a valid, binding "Tournament Partner Agreement" (“2024 Agreement”) for the usage of the Broken Bow Youth Athletic Baseball and Softball Complex, a true and correct copy of which is attached hereto as Exhibit 1 and incorporated by reference.

“**Tournament Operator**” is the on-site Party that schedules, operates, staffs, and facilitates the tournament and/or event.

"**Intellectual Property Rights**" means all industrial and other intellectual property rights comprising or relating to: (a) Patents; (b) Trademarks; (c) internet domain names, whether or not Trademarks, registered by any authorized private registrar or Governmental Authority, web addresses, web pages, website, and URLs; (d) works of authorship, expressions, designs, and design registrations, whether or not copyrightable, including copyrights and copyrightable works, software and firmware, application programming interfaces, architecture, files, records, schematics, data, data files, and databases and other specifications and documentation; (e) Trade Secrets; and (f) all industrial and other intellectual property rights, and all rights, interests, and protections that are associated with, equivalent or similar to, or required for the exercise of, any of the foregoing, however arising, in each case whether registered or unregistered and including all registrations and applications for, and renewals or extensions of, these rights or forms of protection under the Laws of any jurisdiction throughout in any part of the world.

"**Law**" means any statute, law, ordinance, regulation, rule, code, constitution, treaty, common law, Governmental Order or other requirement or rule of law of any Governmental Authority.

"**Person**" means any individual, partnership, corporation, trust, limited liability entity, unincorporated organization, association, Governmental Authority or any other entity.

"**Representatives**" means a Party's Affiliates, employees, officers, directors, partners, shareholders, agents, attorneys, third-party advisors, successors, and permitted assigns.

"**City’s Intellectual Property Rights**" means all Intellectual Property Rights owned by or licensed to City.

"**City’s Trademarks**" means all Trademarks owned by or licensed to City.

"**2D’s Intellectual Property Rights**" means all Intellectual Property Rights owned by or licensed to 2D.

"**2D's Trademarks**" means all Trademarks owned by or licensed to 2D.

"**Trademarks**" means all rights in and to US and foreign trademarks, service marks, trade dress, trade names, brand names, logos, trade dress, corporate names, and domain names and other similar designations of source, sponsorship, association or origin, together with the goodwill symbolized by any of the foregoing, in each case whether registered or unregistered and including all registrations and applications for, and renewals or extensions of, these rights and all similar or equivalent rights or forms of protection in any part of the world.

"**Trade Secrets**" means all inventions, discoveries, trade secrets, business and technical information and know-how, databases, data collections, patent disclosures, and other confidential and proprietary information and all rights therein.

10. Pursuant to Section II.01 of the 2024 Agreement, Plaintiff was granted exclusive rights to organize and facilitate baseball and softball tournaments upon the City's facilities. Plaintiff was designated as the "official partner" of baseball and softball tournaments for the City.

11. Pursuant to Section III.01, the initial term of the 2024 Agreement commenced on January 22, 2024, and was explicitly bound to run for three (3) years, setting a firm termination date of August 1, 2027.

12. Section III.01 further guaranteed Plaintiff the right of first refusal for successive years' tournament date selections prior to September 1 of the preceding year.

13. Section III.03 provided a strict protection mechanism for Plaintiff, stating that if a party terminates the agreement without cause, the terminating party shall be liable for damages equal to the estimated profits, on a pro rata basis, for the remainder of the term.

B. 2D Sports' Interference and the Fraudulent August 2025 Transaction

14. Defendant 2D Sports possessed actual and explicit knowledge of the 2024 Agreement (Exhibit 1) and Plaintiff’s exclusive rights spanning until 2027.

15. Despite this knowledge, in the summer of 2025, 2D Sports and the City bypassed Plaintiff's operational exclusivity and drafted a "replacement" agreement designed to strip Plaintiff of its rights and vest primary exclusivity in 2D Sports.

16. On the night of August 5, 2025, Defendants utilized high-pressure, deceptive tactics to obtain the signature of Plaintiff's owner, Michael Holochuck, via an electronic DocuSign transmission, attaching a copy of the substitute agreement hereto as Exhibit 2 and incorporating it by reference.

17. Defendants materially misrepresented the nature of the electronic link, verbally assuring Plaintiff it was a minor procedural update/insurance addendum rather than a wholesale surrender of rights.

18. As verified by official DocuSign forensic metadata and the Certificate of Completion, page 10 and 11 of Exhibit 2, the 9-page contract link was sent to Mr. Holochuck's mobile device at 11:41:50 PM, opened and viewed at 11:42:09 PM, and executed at 11:45:39 PM.

19. Plaintiff's representative viewed the complex legal document for a mere 19 seconds prior to signing. This timeline was dictated entirely by Defendants' active, verbal and electronic assurances falsely stating that reading the text was unnecessary because it preserved the exact structure of the 2024 agreement.

20. In truth, the executed 2025 contract surrenders Plaintiff's exclusivity to 2D Sports, downgrades Plaintiff to an "independent contractor" bound by an unexecuted side-deal, strips Plaintiff of its right of first refusal, and artificially inserts an oppressive forum-selection clause attempting to mandate exclusive litigation in Livingston Parish, Louisiana.

21. Defendant 2D Sports is an out-of-state entity transacting continuous business within the State of Oklahoma at the Broken Bow Complex, yet it has failed to register as a foreign limited liability company with the Oklahoma Secretary of State in direct violation of Oklahoma law.

COUNT I: BREACH OF CONTRACT
(Against Defendant City of Broken Bow)

22. Plaintiff incorporates all preceding paragraphs by reference.

23. The 2024 Agreement constitutes a valid, binding contract between Plaintiff and the City.

24. Plaintiff performed all obligations required of it under the 2024 Agreement.

25. The City breached the 2024 Agreement by failing to maintain Plaintiff's exclusivity and attempting to grant those identical operational rights to a third-party competitor (2D Sports) during the active term of Plaintiff's contract.

26. As a direct result of the City's breach, Plaintiff has suffered and continues to suffer severe financial injury, including the loss of pro rata tournament profits guaranteed under Section III.03.

COUNT II: TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONSHIPS
(Against Defendant Diamond Dynasty, LLC / 2D Sports)

27. Plaintiff incorporates all preceding paragraphs by reference.

28. Plaintiff possessed an active, lucrative, and exclusive contract with the City running through August 1, 2027.

29. Defendant 2D Sports had actual knowledge of this contract and the specific timeline of Plaintiff's exclusive rights.

30. 2D Sports intentionally, maliciously, and wrongfully interfered with that relationship by inducing the City to disregard Plaintiff's exclusivity and substitute 2D Sports as the primary partner.

31. 2D Sports acted to advance its own economic interests at the direct expense of Plaintiff, resulting in severe financial damage to Plaintiff.

COUNT III: FRAUDULENT INDUCEMENT
(Against All Defendants)

32. Plaintiff incorporates all preceding paragraphs by reference.

33. Defendants made material, false misrepresentations of fact to Plaintiff regarding the purpose, contents, and legal effect of the DocuSign link transmitted on August 5, 2025.

34. Defendants knew these statements were false when they made them and intended to deceive Plaintiff into signing away its exclusive rights without reading the document.

35. Plaintiff reasonably and justifiably relied on Defendants' urgent verbal representations, as evidenced by the 19-second mobile viewing metadata.

36. Because the 2025 contract was born of fraud, the agreement—along with its nested Louisiana forum-selection clause—is voidable as a matter of law and equity.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in its favor and against Defendants, granting the following relief:

A. An Order declaring the August 5, 2025 agreement void and unenforceable as a product of fraudulent inducement;

B. An Order declaring the 2024 Agreement valid, enforceable, and fully breached by the City of Broken Bow;

C. An award of actual, compensatory, and pro rata expectation damages against Defendants, jointly and severally, in an amount to be proven at trial, exceeding $75,000;

D. An award of reasonable attorneys' fees, court costs, and pre-judgment interest; and

E. Such other and further relief as this Court deems equitable and just.

Dated: June 8, 2026

**Respectfully submitted,**

/s/Robert C. Newark, III
Robert C. Newark, III OBA #21992
Email – robert@newarkfirm.com
1019 Waterwood Parkway Ste C
Edmond, Oklahoma 73013
Telephone (866) 230-7236
Facsimile (888) 316-3398
Attorney for Plaintiff

**VERIFICATION**

I, Michael Holochuck, am the Owner of Last Swing Events, LLC, and a Plaintiff in the above-captioned matter. I have read the foregoing Verified Complaint and know the contents thereof. The facts stated therein are true and accurate to the best of my personal knowledge, information, and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9 day of June, 2026.

ID 1Cp2d983GYE2epKY7MT1bc4E

______________________
Michael Holochuck

docusign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: D7C87301-B22B-4BE2-ACD6-79B7746248DD | | Status: Completed |
| Subject: 2D Draft Agreement-Broken Bow.docx - Google Docs.pdf | | |
| Source Envelope: | | |
| Document Pages: 9 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 2 | Initials: 0 | Michael Steven Holochuck |
| AutoNav: Enabled | | holochuck22@yahoo.com |
| EnvelopeId Stamping: Disabled | | IP Address: 107.127.0.118 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>8/5/2025 11:41:49 PM | Holder: Michael Steven Holochuck<br>holochuck22@yahoo.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Michael Steven Holochuck<br>holochuck22@yahoo.com<br>Security Level: Email, Account Authentication (None) | MHolo<br>Signature Adoption: Drawn on Device<br>Using IP Address: 107.127.0.118<br>Signed using mobile | Sent: 8/5/2025 11:41:50 PM<br>Viewed: 8/5/2025 11:42:09 PM<br>Signed: 8/5/2025 11:45:39 PM<br>Freeform Signing |

**Electronic Record and Signature Disclosure:**
Not Offered via Docusign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| brandon@2dsports.org<br>brandon@2dsports.org<br>Manager<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via Docusign | COPIED | Sent: 8/5/2025 11:45:41 PM<br>Viewed: 8/6/2025 7:14:07 PM |
| citymgr@pine-net.com<br>citymgr@pine-net.com<br>City Manager<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>Not Offered via Docusign | COPIED | Sent: 8/5/2025 11:45:40 PM<br>Viewed: 8/6/2025 10:03:05 AM |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
| --- | --- | --- |
| Envelope Sent | Hashed/Encrypted | 8/5/2025 11:41:50 PM |
| Certified Delivered | Security Checked | 8/5/2025 11:42:09 PM |
| Signing Complete | Security Checked | 8/5/2025 11:45:39 PM |
| Completed | Security Checked | 8/5/2025 11:45:41 PM |

| Payment Events | Status | Timestamps |
| --- | --- | --- |

# eSignature Details

**Signer ID:** **1Cp2d983GYE2epKY7MT1bc4E**
Signed by: Mike holochuck
Sent to email: holochuck22@yahoo.com
IP Address: 12.75.41.18
Signed at: Jun 9 2026, 6:05 pm CDT